Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Taylor C. Foss (Bar No. 253486)
Email: tfoss@onellp.com
Victoria E. Mulvey (Bar No. 343220)
Email: vmulvey@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorney for Plaintiff,
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., a Delaware corporation; X CORP., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff Michael Grecco Productions, Inc. ( "Plaintiff"), by and through its attorneys of record, complains against Defendants Twitter, Inc., X Corp., and DOES 1-10, inclusive ("Defendants") as follows:

### JURISDICTION AND VENUE

1.     This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

2.     This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

3.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, the Defendants transact business in this judicial district, Plaintiff's principal place of business is in this judicial district, and the injury suffered by Plaintiff took place in this judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the state of California.

### PARTIES

4.     Plaintiff is a California corporation, with its principal place of business in Santa Monica, California. Plaintiff is a company who owns the rights to multiple photographs made by Michael Grecco, who is an award-winning photographer and best-selling author recognized internationally for his high-concept imagery, mastery of lighting and powerful connections with subjects. His extensive body of work encompasses celebrity, fine art, advertising, fashion, portraiture, and editorial photography.

5.     Plaintiff is informed and believes, and upon that basis alleges, that Defendant Twitter, Inc. (hereinafter "Twitter") is a corporation formed under the laws of the state of Delaware, with its principal place of business at 1355 Market St., Suite 900, San Francisco, California 94103.

**COMPLAINT**

6. Plaintiff is informed and believes, and upon that basis alleges, that Defendant X Corp. (hereinafter "X") is a corporation formed under the laws of the state of Delaware, with its principal place of business at 1355 Market St., Suite 900, San Francisco, California 94103.

7. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said defendants when the same have been ascertained. Plaintiff is informed and believes, and upon such alleges, that each of the defendants designated herein as a "DOE" are legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such defendants.

## STATEMENT OF FACTS

*Plaintiff's Business and the Photographs Forming*
*the Subject Matter of This Dispute*

8. Michael Grecco has created many high value photographs throughout his career and has authored many iconic images that have generated substantial amounts of money through sales and publishing. In the marketplace, professional photographs carry tremendous monetary value. As noted above, Plaintiff owns the rights to these photographs.

9. True and correct copies of the specific photographs as issue in this case (the "Photos") are attached hereto as **Exhibit A**. Plaintiff has timely obtained copyright registration for each of the Photos with the United States Copyright Office. True and correct copies of the copyright registration certificates for the Photos are attached hereto as **Exhibit B**. The copyright registration numbers for the Photos in Exhibit B include: VA 1-431-698, VA 1-232-596, VA 2-030-740, VA 2-030-741, VA 1-736-729, VAu 1-206-959,VA 2-063-319, VAu 688-636, VAu 1-079-072, VA 932-255, VA 1-148-989, VA 1-823-255, VAu 590-445, VAu 748-379, VAu 740-387, VA 1-279-679, VAu 1-351-527, VAu 469-004, VAu 1-402-368,

VAu 715-832, VAu 1-393-128, VAu 1-091-782, VAu 1-053-892, VA 1-825-822, VA 1-431-699, VA 2-236-987, VAu 1-397-398, VAu 661-039, VA 2-236-992, VA 1-232-597, VA 1-418-417, VA 2-064-915, VA 2-064-693, VAu 539-976.

10.     Plaintiff received copyright registration for each of the Photos prior to Defendants' copyright infringement of the Photos.

*The Defendants and the Marketplace*

11.     Defendant Twitter was the operator of the social media platform social media platform Twitter up until 2022, when it was bought out by X  and the platform changed its name to X. Infringement began prior to the acquisition of Twitter by X, and continued after the acquisition and subsequent rebranding as X. However, for purposes of clarity, this Complaint will refer to the platform as Twitter.

12.     On Twitter, users can send out (colloquially "tweet") a text-based message, or alternatively can tweet images.

13.     User-uploaded images are subject to the safe harbor provision of the Digital Millennium Copyright Act, which precludes liability for copyright infringement by an internet service provider such as Twitter, provided that Twitter complies with requests by copyright owners to remove infringing materials upon receipt of a demand to do so. These "take-down" requests are industry standard.

*Defendant's Infringement*

14.     In recent years, Twitter has stopped honoring DMCA takedown requests and has continued to facilitate copyright infringement despite repeated DMCA takedown requests, such that Defendants' conduct removes it from the safe harbor provided by the DMCA and amounts to copyright infringement. True and correct copies of instances of Twitter reproducing, publicly displaying, and distributing the Photos without permission, license, or authorization are attached hereto as **Exhibit C**.

**COMPLAINT**

15.     As set forth below for each copyrighted image, Plaintiff sent DMCA takedown requests in compliance with the statute but—apart from a few isolated incidents—Twitter took no action to cease its copyright infringement.

16.     Plaintiff sent these DMCA takedown demands to the registered DMCA agent for Twitter as well as to the subsequent registered DMCA agent for X.

17.     The designated DMCA agent for Twitter is copyright@twitter.com. The U.S. Copyright Office's DMCA Designated Agent Directory, available at https://dmca.copyright.gov/osp/, indicates that this agent has been effective from March 29, 2022 to the present. Plaintiff sent DMCA takedown emails to **Twitter** corresponding to the copyright infringement of the Photos at issue in this Complaint as set forth in the table below.

18.     The designated DMCA agent for X is nbaseer@x.com. The U.S. Copyright Office's DMCA Designated Agent Directory, available at https://dmca.copyright.gov/osp/, indicates that this agent has been effective from March 28, 2023 to the present. Plaintiff sent DMCA takedown emails to **X** corresponding to the copyright infringement of the Photos at issue in this Complaint.

19.     Many of the Photos are continuing to be infringed by Twitter as of the filing of this Complaint.

20.     Absent safe harbor protection under the DMCA, Twitter's reproduction and public display of the Photos amounts to copyright infringement.

21.     Further, Twitter's clear knowledge and prior practice of honoring takedown demands indicates either a willful choice to stop honoring DMCA takedown demands or a reckless disregard for its known obligations. Either way, Twitter's conduct amounts to willful copyright infringement.

22.     Despite Defendants' awareness of the importance of intellectual property rights and their potential to incur liability for the infringement of the same, Defendants infringed Plaintiff's copyrights in the Photos.

5
**COMPLAINT**

23.     None of the users that uploaded the Photos for public display and distribution on Twitter had permission, license, or authority to do so.

24.     At no point did Defendants seek a license for the Photos and at no point did Plaintiff provide any such permission or license for Defendants to use the Photos. To the contrary, Plaintiff repeatedly requested that Defendants cease their copyright infringement. Plaintiff has never sold, licensed, or authorized the use of the Photos to Defendants.

25.     Plaintiff is informed and believes that Defendants have violated federal law by willfully infringing Plaintiff's copyrights to at least the Photos identified in Exhibit A. Specifically, Defendants reproduced, displayed, and distributed the Photos, and/or derivatives thereof without permission, consent, or license.

26.     On information and belief, Defendants have generated revenue through its social media platform. The website traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

27.     The following table includes the information regarding the infringement by Defendants of each of the Photos identified in this Complaint, including the Photo Registration number and date, the dates of each infringement, the date that Plaintiff sent a DMCA takedown demand to Twitter's registered DMCA agent at copyright@twitter.com, and the date that Plaintiff sent a DMCA takedown demand to X's registered DMCA agent at nbaseer@x.com.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6
**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|-----------|------|----------------------|-----------------------------------|--------------------------------|---------------------------|
| 1 |  | VA 1-431-698 | 7/7/2010 | 1/14/2018 | 4/1/2024 | 4/1/2024 |
| 2 |  | VA 1-232-596 | 4/8/2003 | 8/5/2023 | 4/1/2024 | 4/1/2024 |
| 3 |  | VA 1-431-698 | 7/7/2010 | 8/13/2020 | 4/2/2024 | 4/2/2024 |
| 4 |  | VA 2-030-741 | 1/22/2017 | 12/18/2022 | 04/02/2024 | 04/02/2024 |
| 5 |  | VA 1-232-596 | 4/8/2003 | 10/8/2023 | 4/3/2024 | 4/3/2024 |
| 6 |  | VA 1-232-596 | 4/8/2003 | 4/1/2023 | 4/3/2024 | 4/3/2024 |
| 7 |  | VA 2-030-741 | 1/22/2017 | 9/10/2020 | 4/4/2024 | 4/4/2024 |
| 8 |  | VA 2-030-740 | 1/19/2017 | 11/18/2018 | 4/4/2024 | 4/4/2024 |
| 9 |  | VA 1-736-729 | 7/7/2010 | 9/16/2023 | 4/6/2024 | 4/6/2024 |
| 10 |  | VA 1-736-729 | 7/7/2010 | 8/10/2023 | 4/6/2024 | 4/6/2024 |
| 11 |  | VA 1-736-729 | 7/7/2010 | 9/18/2023 | 4/8/2024 | 4/8/2024 |
| 12 |  | VA 1-736-729 | 7/7/2010 | 7/29/2023 | 4/8/2024 | 4/8/2024 |

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|-----------|------|----------------------|-----------------------------------|----------------------------------|---------------------------|
| 13 |  | Vau 1-206-959 | 4/1/2015 | 4/2/2016 | 4/8/2024 | 4/8/2024 |
| 14 |  | VA 1-736-729 | 7/7/2010 | 5/26/2023 | 4/9/2024 | 4/9/2024 |
| 15 |  | VA 2-063-319 | 7/27/2017 | 9/10/2023 | 4/9/2024 | 4/9/2024 |
| 16 |  | VA 1-431-698 | 7/7/2010 | 4/9/2024 | 4/9/2024 | 4/9/2024 |
| 17 |  | VA 1-736-729 | 7/7/2010 | 2/5/2019 | 4/10/2024 | 4/10/2024 |
| 18 |  | VAu 688-636 | 12/19/2005 | 1/2/2024 | 4/10/2024 | 4/10/2024 |
| 19 |  | VA 2-030-740 | 12/19/2017 | 10/27/2023 | 4/11/2024 | 4/11/2024 |
| 20 |  | VAu 1-079-072 | 9/26/2011 | 4/19/2022 | 4/11/2024 | 4/11/2024 |
| 21 |  | VA 1-431-698 | 7/7/2010 | 12/29/2023 | 4/12/2024 | 4/12/2024 |
| 22 |  | VA 932-255; VA 1-148-989; VA 1-823-255 | 7/1/1998 | 2/2/2016 | 4/12/2024 | 4/12/2024 |
| 23 |  | VA 1-431-698 | 7/7/2010 | 12/3/2021 | 4/15/2024 | 4/15/2024 |

8

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 24 |  | VAu 590-445 | 11/18/2002 | 4/11/2021 | 4/15/2024 | 4/15/2024 |
| 25 |  | VAu 1-079-072 | 9/26/2011 | 7/23/2023 | 4/16/2024 | 4/16/2024 |
| 26 |  | VAu 748-379 | 5/10/2007 | 11/10/2022 | 4/16/2024 | 4/16/2024 |
| 27 |  | VAu 748-379 | 5/10/2007 | 11/10/2022 | 4/16/2024 | 4/16/2024 |
| 28 |  | VAu 740-387 | 3/16/2007 | 2/2/2020 | 4/17/2024 | 4/17/2024 |
| 29 |  | VA 1-279-679 | 9/29/2004 | 6/3/2023 | 4/17/2024 | 4/17/2024 |
| 30 |  | VAU 1-351-527 | 3/3/2019 | 3/31/2022 | 4/18/2024 | 4/18/2024 |
| 31 |  | VAU 1-351-527 | 3/3/2019 | 2/4/2022 | 4/18/2024 | 4/18/2024 |
| 32 |  | VAu 469 004 | 9/20/1999 | 8/10/2015 | 4/18/2024 | 4/18/2024 |
| 33 |  | VAU 1-351-527 | 3/3/2019 | 7/28/2022 | 4/19/2024 | 4/19/2024 |
| 34 |  | VA 1-736-729 | 7/7/2010 | 8/13/2022 | 4/19/2024 | 4/19/2024 |
| 35 |  | VAu 1-402-368 | 7/15/2020 | 10/20/2023 | 4/22/2024 | 4/22/2024 |

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 36 |  | VAU 1-351-527 | 3/3/2019 | 12/20/2021 | 4/22/2024 | 4/22/2024 |
| 37 |  | VAU 1-351-527 | 3/3/2019 | 10/30/2023 | 04/23/2024 | 04/23/2024 |
| 38 |  | VAU 1-351-527 | 3/3/2019 | 1/7/2023 | 04/23/2024 | 04/23/2024 |
| 39 |  | VA 1-148-989 | 12/10/2000 | 12/18/2018 | 04/23/2024 | 04/23/2024 |
| 40 |  | VAu 715-832 | 8/8/2006 | 6/30/2023 | 4/24/2024 | 4/24/2024 |
| 41 |  | VA 1-431-698 | 7/7/2010 | 1/15/2017 | 4/24/2024 | 4/24/2024 |
| 42 |  | VAu 1-393-128 | 3/4/2019 | 5/31/2023 | 4/25/2024 | 4/25/2024 |
| 43 |  | VAU 1-351-527 | 3/3/2019 | 12/22/2022 | 4/25/2024 | 4/25/2024 |
| 44 |  | VAU 1-351-527 | 3/3/2019 | 2/8/2022 | 04/30/2024 | 04/30/2024 |
| 45 |  | VAU 1-351-527 | 3/3/2019 | 11/7/2023 | 5/1/2024 | 5/1/2024 |
| 46 |  | VA 1-431-698 | 7/7/2010 | 12/27/2023 | 5/1/2024 | 5/1/2024 |

10

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|-----------|------|----------------------|-----------------------------------|--------------------------------|--------------------------|
| 47 | | VAU 1-091-782 | 2/7/2012 | 12/8/2021 | 5/2/2024 | 5/2/2024 |
| 48 | | VA 1-736-729 | 7/7/2010 | 2/14/2019 | 5/2/2024 | 5/2/2024 |
| 50 | | VAu 1-053-892 | 2/4/2010 | 1/20/2023 | 3/25/2024 | 3/25/2024 |
| 51 | | VA 1-825-822 | 5/31/2012 | 8/15/2019 | 3/25/2024 | 3/25/2024 |
| 52 | | VA 1-431-698 | 7/7/2010 | 10/30/2023 | 3/26/2024 | 3/26/2024 |
| 53 | | VA 1-431-698 | 7/7/2010 | 1/2/2024 | 3/26/2024 | 3/26/2024 |
| 54 | | VA 1-431-698 | 7/7/2010 | 5/1/2021 | 3/27/2024 | 3/27/2024 |
| 55 | | VA 1-736-729 | 7/7/2010 | 11/14/2018 | 3/27/2024 | 3/27/2024 |
| 56 | | VA 1-431-699 | 7/7/2010 | 6/10/2023 | 3/27/2024 | 3/27/2024 |
| 57 | | VA 2-030-741; VA 1-431-698 | 1/22/2017 | 9/18/2023 | 3/28/2024 | 3/28/2024 |
| 58 | | VA 2-236-987 | 10/12/2020 | 3/25/2023 | 3/21/2024 | 3/21/2024 |

11

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 59 |  | VAu 1-397-398 | 3/14/2019 | 11/12/2023 | 3/21/2024 | 3/21/2024 |
| 60 |  | VAU 1-351-527 | 3/3/2019 | 11/15/2022 | 3/21/2024 | 3/21/2024 |
| 61 |  | VAU 1-351-527 | 3/3/2019 | 2/16/2022 | 3/22/2024 | 3/22/2024 |
| 62 |  | VA 1-431-699 | 7/7/2010 | 6/12/2018 | 3/20/2024 | 3/20/2024 |
| 63 |  | VA 1-431-699 | 7/7/2010 | 11/21/2021 | 3/20/2024 | 3/20/2024 |
| 64 |  | VA 1-431-698 | 7/7/2010 | 10/19/2023 | 3/18/2024 | 3/18/2024 |
| 65 |  | VA 1-431-698 | 7/7/2010 | 3/24/2023 | 3/18/2024 | 3/18/2024 |
| 66 |  | VA 1-736-729 | 7/7/2010 | 6/22/2022 | 3/19/2024 | 3/19/2024 |
| 67 |  | VA 1-431-698 | 7/7/2010 | 1/2/2024 | 3/19/2024 | 3/19/2024 |
| 68 |  | VA-1-431-698 | 7/7/2010 | 1/29/2023 | 3/14/2024 | 3/14/2024 |
| 69 |  | VAu 590-445 | 11/18/2002 | 8/13/2021 | 3/14/2024 | 3/14/2024 |
| 70 |  | VA 1-736-729 | 7/7/2010 | 1/27/2020 | 3/15/2024 | 3/15/2024 |

12

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|-----------|------|----------------------|-----------------------------------|----------------------------------|----------------------------|
| 71 |  | VA 1-736-729 | 7/7/2010 | 5/8/2021 | 3/15/2024 | 3/15/2024 |
| 72 |  | VAU 1-053-892 | 2/4/2010 | 8/14/2023 | 3/13/2024 | 3/13/2024 |
| 73 |  | VA 1-431-698 | 7/7/2010 | 11/11/2023 | 3/13/2024 | 3/13/2024 |
| 74 |  | VAu 1-351-527 | 3/3/2019 | 4/20/2021 | 3/11/2024 | 3/11/2024 |
| 75 |  | Vau 661-039 | 3/4/2005 | 7/26/2022 | 2/15/2024 | 2/15/2024 |
| 76 |  | VA 1-736-729 | 7/7/2010 | 4/28/2019 | 2/19/2024 | 2/19/2024 |
| 77 |  | VA 1-431-698 | 7/7/2010 | 6/6/2023 | 12/5/2023 | 1/6/2024 |
| 78 |  | VA 1-431-698 | 7/7/2010 | 7/25/2023 | 11/1/2023 | 1/25/2024 |
| 79 |  | VA 1-431-698 | 7/7/2010 | 8/15/2023 | 2/13/2024 | 2/13/2024 |
| 80 |  | VA 2-236-987 | 10/12/2020 | 11/24/2022 | 12/6/2023 | 1/7/2024 |
| 81 |  | VA 2-236-992 | 10/12/2020 | 11/12/2022 | 2/28/2024 | 2/28/2024 |

13

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 82 |  | VA 1-736-729 | 7/7/2010 | 1/22/2021 | 12/1/2023 | 1/2/2024 |
| 83 |  | VAu 1-351-527 | 3/3/2019 | 9/1/2023 | 12/14/2023 | 12/14/2023 |
| 84 |  | VA 1-431-698 | 7/7/2010 | 1/12/2023 | 12/12/2023 | 1/14/2024 |
| 85 |  | VA 1-431-698 | 7/7/2010 | 12/19/2023 | 1/4/2024 | 1/4/2024 |
| 86 |  | VA 1-431-698 | 7/7/2010 | 9/15/2023 | 09/25/2023 | 2/7/2024 |
| 87 |  | VA 1-736-729 | 7/7/2010 | 8/28/2019 | 2/5/2024 | 2/5/2024 |
| 88 |  | VA 1-736-729 | 7/7/2010 | 6/2/2019 | 2/5/2024 | 2/5/2024 |
| 89 |  | VA 1-736-729 | 7/7/2010 | 6/24/2021 | 02/07/2024 | 02/07/2024 |
| 90 |  | VA 1-431-698 | 7/7/2010 | 9/4/2017 | 2/27/2024 | 2/27/2024 |
| 91 |  | VA 1-736-729 | 7/7/2010 | 9/30/2023 | 1/16/2024 | 1/16/2024 |
| 92 |  | VA 1-736-729 | 7/7/2010 | 6/4/2019 | 9/18/2023 | 1/12/2024 |
| 93 |  | VA 1-431-698 | 7/7/2010 | 11/3/2023 | 2/29/2024 | 2/29/2024 |

14

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 94 |  | VA 1-431-698 | 7/7/2010 | 5/8/2021 | 1/23/2024 | 1/23/2024 |
| 95 |  | VA 1-431-698 | 7/7/2010 | 3/4/2024 | 3/4/2024 | 3/4/2024 |
| 96 |  | VA 1-232-597 | 09/08/2003 | 11/15/2020 | 2/12/2024 | 2/12/2024 |
| 97 |  | VA 2-030-741 | 1/22/2017 | 2/8/2015 | 3/5/2024 | 3/5/2024 |
| 98 |  | VA 2-030-741 | 1/22/2017 | 9/10/2023 | 1/29/2024 | 1/29/2024 |
| 99 |  | VA 2-030-741 | 1/22/2017 | 10/5/2021 | 02/06/2024 | 02/06/2024 |
| 100 |  | VA 2-030-741 | 1/22/2017 | 6/24/2021 | 2/20/2024 | 2/20/2024 |
| 101 |  | VA 2-030-741 | 1/22/2017 | 6/19/2020 | 2/8/2024 | 2/8/2024 |
| 102 |  | VA 1-825-822 | 5/31/2012 | 7/30/2023 | 9/27/2023 | 12/26/2023 |
| 103 |  | VA 1-418-417 | 12/6/2006 | 9/10/2023 | 1/26/2024 | 1/26/2024 |
| 104 |  | VA 2-030-741; VA 1-431-698 | 1/22/2017 | 10/21/2023 | 2/1/2024 | 2/1/2024 |
| 105 |  | VA 2-030-741 | 1/22/2017 | 12/27/2023 | 11/24/2023 | 12/27/2023 |

15

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 106 |  | VA 2-030-741 | 1/22/2017 | 5/20/2023 | 11/16/2023 | 2/8/2024 |
| 107 |  | VA 2-030-741 | 1/22/2017 | 6/1/2021 | 11/28/2023 | 12/29/2023 |
| 108 |  | VA 1-431-698 | 7/7/2010 | 7/13/2023 | 12/18/2023 | 12/18/2023 |
| 109 |  | VAu 469 004 | 9/20/1999 | 12/17/2022 | 2/23/2024 | 2/23/2024 |
| 110 |  | VA 1-431-698 | 7/7/2010 | 5/31/2019 | 2/9/2024 | 2/9/2024 |
| 111 |  | VA 1-431-698 | 7/7/2010 | 3/27/2022 | 2/22/2024 | 2/22/2024 |
| 112 |  | VA 1-431-698 | 7/7/2010 | 11/16/2023 | 11/16/2023 | 12/23/2023 |
| 113 |  | VA 1-232-596 | 4/8/2003 | 9/10/2023 | 3/8/2024 | 3/8/2024 |
| 114 |  | VA 1-232-596 | 9/8/2003 | 1/19/2015 | 12/15/2023 | 12/15/2023 |
| 115 |  | VA 2-064-915 | 8/29/2017 | 6/30/2022 | 1/3/2024 | 1/3/2024 |
| 116 |  | VA 1-431-698 | 7/7/2010 | 12/8/2023 | 3/6/2024 | 3/6/2024 |
| 117 |  | VA 1-431-698 | 7/7/2010 | 4/4/2021 | 11/24/2023 | 12/27/2023 |

**COMPLAINT**

| # | Thumbnail | VA # | Date of Registration | Infringement at least as early as | DMCA Takedown Demand to Twitter | DMCA Takedown Demand to X |
|---|---|---|---|---|---|---|
| 118 |  | VA 2-064-915 | 8/29/2017 | 6/21/2015 | 2/2/2024 | 2/2/2024 |
| 119 |  | VA 2-064-915 | 8/29/2017 | 12/1/2017 | 11/23/2023 | 1/18/2024 |
| 120 |  | VA 2-064-693 | 8/20/2017 | 4/10/2019 | 3/7/2024 | 3/7/2024 |
| 121 |  | VA 2-064-693 | 8/20/2017 | 10/21/2022 | 1/9/2024 | 1/9/2024 |
| 122 |  | VAu 590-445 | 11/18/2002 | 1/9/2023 | 2/26/2024 | 2/26/2024 |
| 123 |  | VAu 539-976 | 12/10/2001 | 1/17/2022 | 2/21/2024 | 2/21/2024 |
| 124 |  | VAu 715-832 | 8/8/2006 | 10/2/2023 | 12/23/2023 | 12/23/2023 |
| 125 |  | VAu 715-832 | 8/8/2006 | 10/27/2023 | 12/20/2023 | 12/20/2023 |
| 126 |  | VAu 715-832 | 8/8/2006 | 9/26/2023 | 1/02/2024 | 1/2/2024 |
| 127 |  | VA 1-431-698 | 7/7/2010 | 3/21/2023 | 1/30/2024 | 1/30/2024 |

28.    Despite receiving notice of this infringement (through registered DMCA agents for both Twitter and X), Defendants have not removed the infringing Photos from the platform. Defendants previously maintained and enforced a policy for compliance with the DMCA such that Defendants know and understand their

17

**COMPLAINT**

obligations pursuant to the Copyright laws as set forth in the Copyright Act as well as in the Digital Millennium Copyright Act. Accordingly, Defendants' failure to comply with its known obligations amounts to willful infringement, either based on a knowing or reckless disregard for the copyright laws and the rights of copyright holders.

## FIRST CAUSE OF ACTION

### (Copyright Infringement, 17 U.S.C. § 501)

### (By Plaintiff against All Defendants)

29.     Plaintiff incorporates herein by reference the allegations in paragraphs 1 through 28 above as though fully set forth herein.

30.     Plaintiff is the rightsholder to the copyright of the Photos, which substantially consist of wholly original material that constitute copyrightable subject matter under the laws of the United States. Plaintiff has complied in all respects with the Copyright Act and all laws of the United States governing copyrights.  The Photos have been timely registered with the United States Copyright Office. *See* Exhibit A.

31.     Defendants directly, vicariously, and/or contributorily infringed, and unless enjoined, will continue to infringe Plaintiff's copyrights by reproducing, displaying, distributing, and utilizing the Photos for purposes of trade without authorization of or payment to Plaintiff in violation of 17 U.S.C. § 501 et seq. Defendants exercise control over which images and posts are displayed and curated on Twitter. Such curation proximately causes infringing material to be distributed and published on Twitter and subsequently viewed by users on Twitter.

32.     Defendants willfully infringed, and unless enjoined, will continue to infringe Plaintiff's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Photos for purposes of trade.

33.     Plaintiff is informed and believes that Defendants' acts of infringement are willful because, inter alia, the Defendants are sophisticated businesses with full

18

knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

34.    Plaintiff is informed and believes that Defendants, despite such knowledge, willfully reproduced and distributed the Photos, without any right to do so.

35.    Defendants have received substantial benefits in connection with the unauthorized reproduction, distribution, and utilization of the Photos for purposes of trade, including by increasing the traffic to their websites and use of their services.

36.    Defendants' unauthorized actions were and are continuing to be performed without Plaintiff's permission, license, or consent.

37.    Defendants' wrongful acts have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Plaintiff will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Plaintiff seeks a declaration that Defendants are infringing Plaintiff's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.

38.    As a result of Defendants' wrongful acts alleged herein, Plaintiff has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

39.    Because of the willful nature of Defendants' copyright infringement, Plaintiff is entitled to an award of statutory damages of up to $150,000 per copyrighted work.

40.    Plaintiff has identified more than one hundred copyrighted works infringed by Defendants, which occurred by way of reproduction, public distribution, and public display of the Photo on the Defendants' website.

19

**COMPLAINT**

41.     Alternatively, at its discretion, Plaintiff is entitled to actual damages in an amount to be proven at trial for the infringement of all works at issue.

42.     Plaintiff is also entitled to its attorneys' fees and costs in prosecuting this action.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

1.     That Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff's rights in the photographs at issue;

2.     That Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) and (c) and for costs, interest, and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

3.     That an accounting be made for all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. § 504(a)(1) and (b);

4.     Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504(a)(1) and (b);

5.     For actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504(a)(1) and (b);and

6.     For any such other and further relief as the Court may deem just and appropriate.


Dated:  June 10, 2024                            **ONE LLP**


                                            By: <u>/s/ Taylor C. Foss</u>
                                                 Taylor C. Foss
                                                 Peter R. Afrasiabi
                                                 Victoria E. Mulvey
                                                 Attorneys for Plaintiff,
                                                 Michael Grecco Productions, Inc.

**COMPLAINT**

1

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims and all issues properly triable thereby.

Dated:  June 10, 2024                    **ONE LLP**

By: /s/ Taylor C. Foss
        Taylor C. Foss
        Peter R. Afrasiabi
        Victoria E. Mulvey
        Attorneys for Plaintiff,
        Michael Grecco Productions, Inc.

22

**COMPLAINT**