1  Kenneth M. Trujillo-Jamison (Bar No. 280212)
   ktrujillo-jamison@willenken.com
2  WILLENKEN LLP
3  707 Wilshire Blvd., Suite 4100
   Los Angeles, California 90017
4  Telephone: (213) 955-9240
   Facsimile: (213) 955-9250
5
6  Zack Chibane (admitted *pro hac vice*)
   zchibane@x.com
7  Christopher Guerriero (admitted *pro hac vice*)
   cguerriero@x.com
8  X CORP.
   249 W. 17th Street
9  New York, NY 10011
   Telephone: (201) 228-0699
10
11 *Attorneys for Defendant X Corp., in its corporate
   capacity and as successor in interest to named defendant
12 Twitter, Inc.*

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MICHAEL GRECCO PRODUCTIONS, INC., a California corporation, | Case No.: 2:24-cv-04878-MEMF-JC |
| 18                      Plaintiff, | **DEFENDANT X CORP.'S NOTICE OF ERRATA RE: NOTICE OF MOTION AND MOTION FOR EVIDENTIARY SANCTIONS** |
| 19  v. | |
| 20  TWITTER, INC., a Delaware corporation; X CORP., a Nevada corporation; and DOES 1-10, inclusive, | Date:   **January 15, 2026**<br>Time:   **10:00 a.m.**<br>Place:  **Courtroom 8B** |
| 22                      Defendants. | Hon. Maame Ewusi-Mensah Frimpong |

NOTICE OF ERRATA

TO THE CLERK OF THE ABOVE-TITLED COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Defendant X Corp.'s Notice of Motion and Motion for Evidentiary Sanctions; Memorandum of Points & Authorities (ECF No. 57; the "Motion") contained an inadvertent typographical error. X Corp. respectfully submitted a corrected version of the Motion at ECF No. 58.

Dated: December 4, 2025        WILLENKEN LLP

                                    By: */s/ Kenneth M. Trujillo-Jamison*
                                          Kenneth M. Trujillo-Jamison
                                          Attorneys for Defendant X Corp